UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WALTER R. MCGLOTHIN,

    Plaintiff,

v.                                        Case No. 3:18cv1436-RV-CJK

OKALOOSA COUNTY BOARD OF
COUNTY COMMISSIONERS, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated November 13, 2018 (doc. 9). Plaintiff was mailed a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 9) is adopted and incorporated by reference in this order.

2. This action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with a court order.

3. The clerk shall close the file.

**DONE AND ORDERED** this 17th day of December, 2018.

>  /s/ *Roger Vinson*
> **ROGER VINSON**
> **SENIOR UNITED STATES DISTRICT JUDGE**